UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BRETT H. WIGGERS,

    Plaintiff,

-vs-

TERRAPIN INVESTMENT FUND III,
LLC, d/b/a TERRAPIN CARE STATION
and RENAISSANCE SOLUTIONS, INC.

    Defendants.
_____/

Case No.  21-11876
Hon. Stephanie Dawkins Davis
Magistrate Elizabeth A. Stafford

## STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

By stipulation of the parties, through their counsel, Defendants shall have until October 29, 2021, to file an answer or otherwise respond to the complaint. The extension will allow the parties time to discuss settlement.

**IT IS SO ORDERED.**

                                                    **s/Stephanie Dawkins Davis**
                                                    Stephanie Dawkins Davis
                                                    United States District Judge

Dated: October 13, 2021

{01698234.DOCX }

So Stipulated and Approved:

| | |
|---|---|
| /s/ Joey S. Niskar (w/consent 10-8-21) | /s/ Tova Shaban |
| Joey S. Niskar (P55480) | Tova Shaban (P38392) |
| The Niskar Law Firm, PLLC | Attorney for Defendants |
| Attorney for Plaintiff | Seyburn Kahn, P.C. |
| P.O. Box 252917 | 2000 Town Center, Suite 1500 |
| West Bloomfield, MI 48325 | Southfield, MI 48075 |
| (248) 702-6262 | (248) 353-7620 |
| joey@wrongfullydischarged.com | tshaban@seyburn.com |

{01698234.DOCX }