UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BRETT H. WIGGERS,

    Plaintiff,

-vs-                                      Case No. 21-11876
                                            Hon. Stephanie Dawkins Davis
TERRAPIN INVESTMENT FUND III,    Magistrate Elizabeth A. Stafford
LLC, d/b/a TERRAPIN CARE STATION
and RENAISSANCE SOLUTIONS, INC.

    Defendants.
_____/

**STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

By stipulation of the parties, through their counsel, Defendants shall have until November 5, 2021, to file an answer or otherwise respond to the complaint. The extension will allow the parties time to discuss settlement.

    **IT IS SO ORDERED.**

                                                      s/Stephanie Dawkins Davis
                                                      Stephanie Dawkins Davis
                                                      United States District Judge

Dated: October 28, 2021

{01701470.DOCX }

So Stipulated and Approved:

| | |
|---|---|
| /s/ Joey S. Niskar (w/consent 10-27-21) | /s/ Tova Shaban |
| Joey S. Niskar (P55480) | Tova Shaban (P38392) |
| The Niskar Law Firm, PLLC | Attorney for Defendants |
| Attorney for Plaintiff | Seyburn Kahn, P.C. |
| P.O. Box 252917 | 2000 Town Center, Suite 1500 |
| West Bloomfield, MI 48325 | Southfield, MI 48075 |
| (248) 702-6262 | (248) 353-7620 |
| joey@wrongfullydischarged.com | tshaban@seyburn.com |