UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BRETT H. WIGGERS,

    Plaintiff,

-vs-                                            Case No.  21-11876
                                               Hon. Stephanie Dawkins Davis
TERRAPIN INVESTMENT FUND III,    Magistrate Elizabeth A. Stafford
LLC, d/b/a TERRAPIN CARE STATION
and RENAISSANCE SOLUTIONS, INC.

    Defendants.
_____/

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

NOW COME THE PARTIES, by and through their respective undersigned counsel, and hereby stipulate and agree to entry of this Order,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's Complaint is dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(ii).  The Court will retain jurisdiction to enforce any settlement agreement between the parties.


Dated: December 6, 2021                          s/Stephanie Dawkins Davis
                                                                        Stephanie Dawkins Davis
                                                                         United States District Judge

So Stipulated and Approved:

| | |
|---|---|
| /s/ Joey S. Niskar (w/consent 11-16-21) | /s/ Tova Shaban |
| Joey S. Niskar (P55480) | Tova Shaban (P38392) |
| The Niskar Law Firm, PLLC | Attorney for Defendants |
| Attorney for Plaintiff | Seyburn Kahn, P.C. |
| P.O. Box 252917 | 2000 Town Center, Suite 1500 |
| West Bloomfield, MI 48325 | Southfield, MI 48075 |
| (248) 702-6262 | (248) 353-7620 |
| joey@wrongfullydischarged.com | tshaban@seyburn.com |